905 A.2d 874

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LEON CLARK, DEFENDANT–PETITIONER.

August 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.*2d 1195 (2006).

905 A.2d 874

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. WAYNE ANTHONY DAVIS, DEFENDANT–PETITIONER.

August 8, 2006.

ORDERED that the petition for certification is denied. The Court notes that the Appellate Division's remand for resentencing is to be conducted consistent with this Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.*2d 1195 (2006).

905 A.2d 875

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. THOMAS DAWKINS, DEFENDANT–PETITIONER.

August 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.*2d 1195 (2006).